~~NOT FOR PUBLIC VIEW~~

AO 93 (Rev. 11/13) Search and Seizure Warrant

## UNITED STATES DISTRICT COURT
for the

Southern District of California

FILED

**18 FEB 16 PM 4: 06**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

|  |  |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>One (1) black colored TelCel Cellular Phone<br>Model: FTU161F<br>IMEI: 358140072282579 | )<br>)<br>)  Case No.<br>)<br>)  **18MJ0560**<br>)<br>) |

### SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Southern _____ District of _____ California _____
*(identify the person or describe the property to be searched and give its location)*:

as described in Attachment A-2.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

as described in Attachment B-2.

**YOU ARE COMMANDED** to execute this warrant on or before _____ February 20, 2018 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ JILL L. BURKHARDT _____ .

*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  **2/6/18   10:44 am**          *Jill Burkhardt*
                                                                            *Judge's signature*

City and state:      San Diego, CA          U.S. Magistrate Judge Jill B. Burkhardt
                                                              *Printed name and title*

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 18MJ0560 | 02/07/18 @ 11:30 (PST) | |

| Inventory made in the presence of : |
|---|
| |

Inventory of the property taken and name of any person(s) seized:

2 Cell Phones (1 covered by another sw) were brought to the Regional Computer Forensics Lab (RCFL); self-service kiosk was used and phones were downloaded to DVDs.

Data on DVDs still pending review.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/16/2018

_____
Executing officer's signature

Dante J. Reynolds, Special Agent
Printed name and title

## ATTACHMENT A-2

The following property is to be searched:

> One (1) black colored TelCel Cellular Phone
> Model: FTU161F
> IMEI: 358140072282579
> S/N: 161FMX043P79084010

**Target Device 2** is currently located at the Homeland Security Investigations (HSI) Deputy Special Agent in Charge (DSAC) Evidence Vault, 2255 Niels Bohr Court, San Diego, CA 92154.

## ATTACHMENT B-2

### ITEMS TO BE SEIZED

Authorization to search **Target Device 2** described in Attachment A-2 includes the search of disks, memory cards, deleted data, remnant data, slack space, and temporary or permanent files contained on or in the cellular telephones for evidence described below. The seizure and search of the cellular telephones shall follow the search methodology described in the affidavit submitted in support of the warrant.

The evidence to be seized from **Target Device 2** will be electronic records, communications, and data such as emails, text messages, chats and chat logs from various third-party applications, photographs, audio files, videos, and location data, for the period of August 23, 2017 to and including November 23, 2017:

a.  tending to indicate efforts to deliver controlled substances from Mexico to the United States;

b.  tending to identify other facilities, storage devices, or services–such as email addresses, IP addresses, phone numbers–that may contain electronic evidence tending to indicate efforts to deliver controlled substances from Mexico to the United States;

c.  tending to identify co-conspirators, criminal associates, or others involved in smuggling controlled substances from Mexico to the United States;

d.  tending to identify travel to or presence at locations involved in the smuggling of controlled substances from Mexico to the United States, such as stash houses, load houses, or delivery points;

e.  tending to identify the user of, or persons with control over or access to, the **Target Device 2**; and/or

f.  tending to place in context, identify the creator or recipient of, or establish the time of creation or receipt of communications, records, or data involved in the activities described above;

which are evidence of violations of Title 21, United States Code, Sections 952, 960, and 963.